

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 29, 2010

BY E-MAIL
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 29 2010

    Re:  **United States v. Clayton Lewis**
          S1 03 Cr. 930 (NRB)

Dear Judge Buchwald:

    The Government writes to request respectfully that a sentencing date be set for the above-referenced defendant. Because the defendant has been residing outside of the United States, a sentencing date that is four or five months from the date of this request, rather than the usual three months, would provide the Probation Department with the additional time they will likely require to complete the Presentence Investigation.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

                                      /s/
                    By:  _____
                          Harry A. Chernoff
                          Assistant U.S. Attorney
                          (212) 637-2481

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/10

cc:  James M. Cole, Esq. (by e-mail)
     Attorney for the Defendant

*Endorsement*

The sentencing is set for July 1, 2010 at 3:00. The Government's presentence submission is due on June 3, 2010 and the defendant's submission is due on June 17, 2010.

So Ordered.

February 1, 2010

Naomi Reice Buchwald, USDJ